UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>[1] JESSIE LEE ALLEN, a.k.a. "Jeezy," )<br>[2] JAMES BEAN, a.k.a. "Little Mighty," )<br>[3] JEFFERY JERMAINE BENSON, )<br>a.k.a. "Black," )<br>[4] BRAD ELIOT BENEDICT, a.k.a. "Kinfolk," )<br>[5] MARCUS ANTWAN CAREY, a.k.a. "Forty," )<br>[6] RICKY FENN JR., a.k.a "Half Breed," )<br>[7] CAMERON VINTEZ HASTINGS, )<br>a.k.a. "Cat Dig," )<br>[8] JERMAINE L. JACKSON, a.k.a. "Blue," )<br>[9] CHARLES HOUSTON MOUNT Jr., )<br>a.k.a. "C-Red," )<br>[10] COREY DREGIS NEAL, a.k.a. "Big Real," )<br>[11] RAYTHEON TYEAZE NEAL, )<br>a.k.a "Raythy," )<br>[12] CHRISTOPHER NICHOLSON, )<br>a.k.a. "Chris Lopez," )<br>[13] STERLING RENEVA RIVERS, )<br>a.k.a. "Little Real," )<br>[14] MONIQUE SMITH, a.k.a. "Money," )<br>[15] ORLANDO STEVERSON, a.k.a. "C-Nut," )<br>[16] KEVIN DWAYNE THOMPSON, )<br>a.k.a. "Clump," )<br>[17] MAURICE LAWSON THOMPSON, )<br>a.k.a. "Reese." ) | NO.  3:11-00194 |

**ORDER**

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed that a copy and knowledge of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after

the defendant is arrested; (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties; (c) and, to the United States Magistrate Judge in consideration of search warrants. The Indictment is ordered to be automatically unsealed upon execution of arrest warrants upon a defendant.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

_Todd Campbell_
HONORABLE Todd Campbell
UNITED STATES District JUDGE

Dated: 9-15-11