UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>[1] JESSIE LEE ALLEN, a.k.a. "Jeezy," )<br>[2] JAMES BEAN, a.k.a. "Little Mighty," )<br>[3] JEFFERY JERMAINE BENSON, )<br>a.k.a. "Black," )<br>[4] BRAD ELIOT BENEDICT, a.k.a. "Kinfolk," )<br>[5] MARCUS ANTWAN CAREY, a.k.a. "Forty," )<br>[6] RICKY FENN JR., a.k.a "Half Breed," )<br>[7] CAMERON VINTEZ HASTINGS, )<br>a.k.a. "Cat Dig," )<br>[8] JERMAINE L. JACKSON, a.k.a. "Blue," )<br>[9] CHARLES HOUSTON MOUNT Jr., )<br>a.k.a. "C-Red," )<br>[10] COREY DREGIS NEAL, a.k.a. "Big Real," )<br>[11] RAYTHEON TYEAZE NEAL, )<br>a.k.a "Raythy," )<br>[12] CHRISTOPHER NICHOLSON, )<br>a.k.a. "Chris Lopez," )<br>[13] STERLING RENEVA RIVERS, )<br>a.k.a. "Little Real," )<br>[14] MONIQUE SMITH, a.k.a. "Money," )<br>[15] ORLANDO STEVERSON, a.k.a. "C-Nut," )<br>[16] KEVIN DWAYNE THOMPSON, )<br>a.k.a. "Clump," )<br>[17] MAURICE LAWSON THOMPSON, )<br>a.k.a. "Reese." ) | NO. 11-cr-00194 |

## ORDER

This matter comes before the Court on the Government's Motion to Unseal Indictment. It is hereby ordered that the indictment in this case is hereby unsealed as to all defendants.

_____
HONORABLE JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE

dated: September 19, 2011