UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-00194 |
| ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. ) | |

## ORDER

Pending before the Court is Defendant Rivers' Motion for Order to Produce Witnesses (Docket No. 1486). The Motion is GRANTED.

The Marshal shall produce the following Defendants to testify at the trial of Sterling Rivers on August 27, 2013, at 9:00 a.m.

1. Marcus Carey
2. Charles Mount, Jr.
3. Orlando Stevenson
4. Jeffery Benson
5. Corey Neal
6. Jessie Allen
7. Kevin Thompson
8. Jermaine L. Jackson

Any Motions to Quash that are filed shall be heard on August 22, 2013, at 1:00 p.m., as provided in a contemporaneous Order. Counsel for any Defendant who files a Motion to Quash shall comply with the transportation requirements set forth in the contemporaneous Order.

Any Defendant transported for a hearing or trial should be transported and housed separately from Defendant Rivers.

It is so ORDERED.

                                                  _____
                                                  TODD J. CAMPBELL
                                                  UNITED STATES DISTRICT JUDGE