UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JESSIE LEE ALLEN | ) | |

ORDER

Pending before the Court is Defendant Allen's Unopposed Motion to Reassign Sentence Date (Docket No. 1711) currently set for December 30, 2013. The Motion is GRANTED.

The sentencing hearing is continued to January 27, 2014 at 11:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE